IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| SARAH PARDEE,<br><br>Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.; TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC.; and JOHN DOES 1-10,<br><br>Defendants. | No. CV-19-48-BU-SEH<br><br>ORDER |

On September 5, 2019, Defendants Teva Pharmaceuticals USA, Inc., and Teva Branded Pharmaceutical Products R&D, Inc., moved to dismiss with a brief in support.[1] Neither document complies with the rules of this Court.[2]

ORDERED:

Defendants Teva Pharmaceuticals USA, Inc., and Teva Branded Pharmaceutical Products R&D, Inc.'s Motion to Dismiss Based on Lack of

---

[1] Docs. 4 and 5.

[2] *See* L.R. 1.5(a)(4); 7.1(c)(1); 7.1(d)(2)(E).

Personal Jurisdiction[3] is DENIED without prejudice for failure to comply with L.R. 1.5(a)(4), 7.1(c)(1), and (d)(2)(E).

FURTHER ORDERED:

Plaintiff's Unopposed Motion for Extension of Time to File Response to Defendants' Motion to Dismiss[4] is DENIED as MOOT.

DATED this 11th day of September, 2019.

SAM E. HADDON
United States District Judge

---

[3] Doc. 4.

[4] Doc. 8.