FILED
12/18/2019
Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| SARAH PARDEE,<br><br>                      Plaintiff,<br><br>v.<br><br>TEVA WOMEN'S HEALTH, LLC;<br>and JOHN DOES 2-10,<br><br>                     Defendants. | No. CV-19-48-BU-SEH<br><br>**ORDER** |

On December 17, 2019, Defendant Teva Women's Health, LLC moved for admission of Jeffrey F. Peck, Esq., of Ulmer & Berne LLP, Cincinnati, Ohio, and Mary Lynn Tate, Esq., of Ulmer & Berne LLP, Cincinnati, Ohio, to appear *pro hac vice* in this case with Nathan A. Huey, Esq., of Gordon Rees Scully Mansukhani, LLP, Missoula, Montana, to act as local counsel. The applications are in compliance with L.R. 83.1(d).

ORDERED:

Defendant Teva Women's Health, LLC's Unopposed Motion for Admission of Jeffrey F. Peck and Mary Lynn Tate *Pro Hac Vice*[1] is GRANTED, subject to the following conditions:

1. Local counsel must serve as either lead counsel or as co-lead counsel;

2. Either Mr. Peck or Ms. Tate, but not both, may act as co-lead counsel;

3. Mr. Peck and Ms. Tate must each do his or her own work. Each must do his or her own writing, sign his or her own pleadings, motions and briefs, and, if one is designated co-lead counsel in the acknowledgment and acceptance of his or her admission required below, must appear and participate personally in all proceedings before this Court;

4. Local counsel must also sign all such pleadings, motions, briefs and other documents served or filed.

5. Admission is personal to Mr. Peck and Ms. Tate; it is not an admission of Ulmer & Berne law firm.

---

[1] Doc. 22.

FURTHER ORDERED:

This Order will be withdrawn unless Mr. Peck and Ms. Tate, within fifteen (15) days from the date of this Order, file an acknowledgment and acceptance of his or her admission under the terms set forth above.

DATED this 18th day of December, 2019.

SAM E. HADDON
United States District Court