# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

|  |  |
|---|---|
| SARAH PARDEE,<br><br>                Plaintiff,<br><br>v.<br><br>TEVA WOMEN'S HEALTH, LLC;<br>and JOHN DOES 2-10,<br><br>                Defendants. | No. CV-19-48-BU-SEH<br><br>**ORDER** |

The Court's Order of November 18, 2019,[1] directed each of the parties to "file a preliminary pretrial statement on or before **January 3, 2020,** which shall fully comply with all requirements of Fed. R. Civ. P. 26(a)(1)(A)(i), (ii), and (iii) and L.R. 16.2(b)(1) . . . ."[2]

The preliminary pretrial statement[3] filed by Defendant on January 3, 2020, fails to comply with the November 18, 2019, Order.[4]

---

[1] *See* Doc. 21.

[2] Doc. 21 at 4.

[3] *See* Doc. 30.

[4] Doc. 21.

The statement does not address matters listed in L.R. 16.2(b)(1)(J) and required by the Court's November 18, 2019, Order.[5]

ORDERED:

This case will be dismissed on January 17, 2020, unless the Defendant files a revised preliminary pretrial statement on or before January 17, 2020, which fully addresses the deficiencies in the preliminary pretrial statement filed on January 3, 2020.[6]

DATED this 9th day of January 2020.

SAM E. HADDON
United States District Judge

---

[5] Doc. 21.

[6] *See* Doc. 30.