FILED

2/24/2020

Clerk, U.S. District Court
District of Montana
Helena Division

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| SARAH PARDEE,<br><br>*Plaintiff,*<br><br>v.<br><br>TEVA WOMEN'S HEALTH, LLC and JOHN DOES 1-10,<br><br>*Defendants.* | Case No. CV 19-48-BU-SEH<br><br>**ORDER** |

The parties having filed a Stipulation of Dismissal with Prejudice (Doc. 38),

ORDERED:

This case is DISMISSED WITH PREJUDICE, each party to bear their own costs.

DATED this 24th day of February, 2020.

SAM E. HADDON
United States District Judge